# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Mark Sasser, | Case No. 1:08-cv-01439 |
| Plaintiff, | Judge: Grady |
| v. | |
| Asset Acceptance, LLC., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives Notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with prejudice in the near future.

        RESPECTFULLY SUBMITTED,

        Legal Helpers, P.C.

        By: */s/ Jeffrey S. Hyslip*
            Jeffrey S. Hyslip
            The Sears Tower
            Suite 5150
            Chicago, IL 60606
            Tel: 1.866.339.1156
            rjm@legalhelpers.com
            Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served via ordinary U.S. mail, properly addressed as follows:

Asset Acceptance, LLC.
c/o C T Corporation System,
Registered Agent
208 S. LaSalle St. Suite 814
Chicago, IL. 60604

*/s/ Jeffrey S. Hyslip*