**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mark Sasser
                                Plaintiff,

v.                                                       Case No.: 1:08−cv−01439
                                                             Honorable John F. Grady

Asset Acceptance, LLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable John F. Grady: Pursuant to notice of settlement, status hearing set for 07/09/08 is stricken and reset to 9/3/2008 at 11:00 a.m. to report on settlement. If a stipulation to dismiss is filed before 09/03/08, the status hearing set for 09/03/08 will be stricken.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.